UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                                    CASE NO. 07-10638
                                                                          CHAPTER 13
RONNIE E BRANCH
SANDRA K BRANCH

     DEBTORS                                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO FINANCIAL

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
|  | XXXXXXXXXXXXX7445 | $0.00 | $1,437.05 | $1,437.05 |
| Total Amount Paid by Trustee |  |  |  | $1,437.05 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 07-10638

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 3rd day of January 2013.

RONNIE E BRANCH, SANDRA K BRANCH, 272 MARTY DRIVE, BOWLING GREEN, KY  42101

ELECTRONIC SERVICE - MARK H FLENER ATTY, PO BOX 8, BOWLING GREEN, KY 42102-0008

WELLS FARGO FINANCIAL, 4137 121ST STREET, ATTN BANKRUPTCY DEPT, URBANDALE, IA  50323

ELECTRONIC SERVICE - United States Trustee

Date: 1/3/2013                                              /s/ William W. Lawrence
                                                            William W. Lawrence
                                                            Chapter 13 Trustee
                                                            200 S. Seventh St., Suite 310
                                                            Louisville, KY 40202